UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QBE AMERICAS, INC., d/b/a QBE NORTH AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>STEVEN ALLEN and GREGORY DEKKER,<br><br>Respondents. | Case No. 1:22-cv-00756<br><br>Hon. Jed S. Rakoff |
| QBE AMERICAS, INC., d/b/a QBE NORTH AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTINA ORCUTT, KRISTINA MULLIGAN, and APPLIED UNDERWRITERS, INC.,<br><br>Defendants. | Case No. 1:22-cv-00757 |

### [PROPOSED] ORDER TO SEAL HEARING TESTIMONY TRANSCRIPT

THE COURT, having heard Plaintiff and Petitioner QBE Americas, Inc.'s, d/b/a QBE North America ("QBE") oral motion on April 4, 2022 to seal certain testimony from the transcript of the preliminary injunction hearing held on March 14, 2022 at 10:30 a.m. concerning the above-captioned matters (the "Motion to Seal"), and having orally granted QBE's Motion to Seal, directs the following portions of the March 14, 2022 hearing transcript to be sealed:

- Page 108 – Lines 11 to 25
- Page 109 – Lines 1 to 3, Lines 10 to 19
- Page 110 – Lines 3 to 5

This Order is entered without prejudice to Defendants or Respondents later arguing that the sealed information does not constitute confidential and/or trade secrets of QBE.

SO ORDERED.

April 5, 2022

_____
JED S. RAKOFF, U.S.D.J.

4880-3596-0858, v. 1